UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**MARK W. DOBRONSKI**,

      Plaintiff,

v.

**KEROLES ENTERPRISES LLC**,
d/b/a **UNITED ASSET ACCEPTANCE**,
d/b/a **UAA LAW FIRM**; and,
**MARY FOUAD KEROLES**,

      Defendants.

Case No. **2:20-cv-12639**

Honorable Shalina D. Kumar
United States District Judge

_____

## JUDGMENT

    **IT IS ORDERED, ADJUDGED AND DECREED** that judgment be, and hereby is entered in favor of plaintiff and against the defendants, jointly and severally, in the sum of **$40,500.00**, together with interest at the legal rate from and after June 16, 2020, together with the costs of this action.


Dated: July 6, 2022

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge